KELLY, J.
(concurring in part and dissenting in part). I agree with and sign all but part II of Justice Cavanagh’s dissenting opinion. Defendant did not carry its *484 burden of proving that the letter was exempt. The statutory language supports no other decision. Therefore, the trial court abused its discretion. I would reverse the judgment of the Court of Appeals and remand the case to the circuit court for release of the letter and an award of attorney fees.
I concur with the majority’s clarification of the standard of review in Freedom of Information Act [1] cases and agree that discretionary decisions in them should be reviewed for an abuse of discretion.

 MCL 15.231 et seq.

 The president at the time, Samuel Kirkpatrick, has since resigned.